

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-19-2008

# Wolk v. Westport Ins Corp

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1486

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Wolk v. Westport Ins Corp" (2008). *2008 Decisions.* Paper 1210.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1210

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 13, 2008

## No. 07-1486

Arthur Alan Wolk, et al.

vs.

Westport Insurance Corporation

(EDPA Civil No. 06-cv-05346)

**PRESENT:  SLOVITER, JORDAN and ALARCON*,  Circuit Judge**

Motion by Appellants to Amend Opinion entered on May 7, 2008.

    /s/ LaToya Corprew

**Opinion/Judgment entered 5/07/08.**    LaToya Corprew

    Case Manager    267-299-4915

**O R D E R**

**The foregoing is GRANTED.**

**By the Court,**

    /s/ Arthur L. Alarcón

    **Circuit Judge**

**Dated:**    May 19, 2008

lwc/cc:    David B. Picker, Esq.
    Paul R. Rosen, Esq.
    Michael N. Onufrak, Esq.
    Jeffrey J. Ward, Esq.